UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1682 DMG (MRWx) | Date | February 11, 2015 |
|---|---|---|---|
| Title | De Sejournet v. Goldman Kurland and Mohidin LLP | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

Plaintiffs filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 54.) The motion is not formally accompanied by a declaration as required under Local Rule 37-2.4. However, Plaintiffs' attorney states in the motion that he substantially complied with the notice and joint filing procedure under the rule. Defendants apparently did not provide their portion of the joint motion before Plaintiffs filed it.

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendants are ORDERED TO SHOW CAUSE for their failure to comply with the joint filing process and to submit their substantive response to the motion by Friday, February 13, at 3:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.