Laurence M. Rosen (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2540
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Attorneys for Lead Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTOINE DE SEJOURNET, ADAM HENICK, and LINDA HOLDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN KURLAND AND MOHIDIN, LLP, and AHMED MOHIDIN,<br><br>Defendants. | CASE No.: 13-cv-1682-DMG (MRWx)<br><br>**Discovery matter**<br><br>**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFFS' MOTION TO COMPEL (DKT # 53)**<br><br>Discovery cutoff: October 20, 2015<br>Pretrial conference: May 24, 2016<br>**Trial date: June 21, 2016** |

1
NOTICE OF WITHDRAWAL OF LEAD PLAINTIFFS' MOTION TO COMPEL

PLEASE TAKE NOTICE THAT Lead Plaintiffs Antoine de Sejournet, Adam Henick, and Linda Holder ("Lead Plaintiffs") and Defendants Goldman Kurland and Mohidin LLP and Ahmed Mohidin ("Defendants") have negotiated a resolution to Lead Plaintiffs' Motion to Compel Production of Documents (dkt. # 53) (the "Motion"). Accordingly, Lead Plaintiffs hereby withdraw the Motion.

Dated: March 3, 2015    Respectfully submitted

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)

Attorneys for Plaintiffs

1
NOTICE OF WITHDRAWAL OF LEAD PLAINTIFFS' MOTION TO COMPEL

## CERTIFICATE OF SERVICE

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A. am over the age of eighteen.

On March 3, 2015, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF LEAD PLAINTIFFS' MOTION TO COMPEL (DKT # 53)** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: March 3, 2015

<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen
