# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1682 DMG (MRWx) | Date | March 4, 2015 |
|---|---|---|---|
| Title | De Sejournet v. Goldman Kurland and Mohidin LLP | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER RE: WITHDRAWAL OF MOTION

The parties report that they have negotiated a resolution to the pending discovery dispute. (Docket # 72.) On that basis, Lead Plaintiffs have withdrawn their motion. To avoid any confusion about the parties' obligations, the Court VACATES all pending deadlines and hearings associated with the motion.

The Court thanks the attorneys for their professionalism in resolving the matter.