# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| ANTOINE DE SEJOURNET, ADAM HELNICK, and LINDA HOLDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN KURLAND AND MOHIDIN, LLP and AHMED MOHIDIN,<br><br>Defendants. | Case No. CV 13-01682-DMG (MRWx)<br><br>**ORDER ON STIPULATION TO CONTINUE EARLY MEDIATION DEADLINE [71]** |

Upon consideration of the parties' Stipulation to Continue Early Mediation Deadline, and good cause therefor having been shown,

**IT IS HEREBY ORDERED THAT** the deadline for completion of early mediation is continued from April 17, 2015 to June 30, 2015, with a joint report on the results of the early mediation due seven days after completion of the mediation.

DATED: March 5, 2015

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE