Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel to Class Representatives and the Class

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| ANTOINE DE SEJOURNET, ADAM HENICK, and LINDA HOLDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN KURLAND AND MOHIDIN, LLP and AHMED MOHIDIN,<br><br>Defendants. | Case No. 2:13-CV-01682-DMG (MRW)<br><br>(Assigned to the Honorable Dolly M. Gee, Courtroom 7)<br><br>**STIPULATION TO CONTINUE TIME TO OBTAIN COURT APPROVAL OF NOTICE**<br><br>Current Deadline:   June 6, 2015<br>Proposed Deadline: July 10, 2015 |

WHEREAS on April 6, 2015, the Court entered an order certifying a class in this securities class action consisting of :

> All persons or entities that purchased or otherwise acquired the publicly traded common stock of Deer Consumer Products, Inc. ("Deer") between March 31, 2009 and August 10, 2012, inclusive. Excluded from the Class are Defendants, the present and former officers and directors of Deer and any subsidiary thereof, Benjamin Wey, the New York Global Group, the present and former partners or employees of Defendants (the "Immediate Excluded Persons"), members of the Immediate Excluded Persons' immediate families and their legal representatives, heirs, successors or assigns, and any entity in which the Immediate Excluded Persons have or had a controlling interest (collectively, the "Excluded Persons").

Dkt. # 79, ¶1. (the "Certification Order").

WHEREAS, the Certification Order provided that "the parties shall meet and confer on the form and manner of providing notice, and within sixty (60) days of the entry of [the Certification Order], submit their proposal for notice to the Class to the Court for approval" (the "Certification Notice") – i.e., June 6, 2015. *Id.* ¶5.

WHEREAS, the parties will attend a mediation on June 9, 2015.

WHEREAS, if the parties reach a settlement, the Court must direct notice to the Class of the settlement (the "Settlement Notice"), Fed. R. Civ. Proc. 23(e).

WHEREAS, if the Court enters the Settlement Notice, it need not also enter the Certification Notice, but if it enters the Certification Notice, it must also enter the Settlement Notice;

WHEREAS, deferring consideration of the Certification Notice until a reasonable time after the mediation will preserve the parties' and the Court's resources;

WHEREAS, if a settlement is reached at the mediation or shortly thereafter, the parties will need a reasonable amount of time to draft and negotiate the terms of a stipulation of settlement and various exhibits; and

WHEREAS, the parties agree that an extension until July 10, 2015, will allow them sufficient time to negotiate settlement terms, and prepare and submit the Settlement Notice (if a settlement is reached at the mediation or shortly thereafter) or prepare and submit the Certification Notice (if a settlement is not reached at the mediation).

NOW, THEREFORE, IT IS STIPULATED, subject to the Court's approval, that:

**IT IS STIPULATED**, subject to the Court's approval, that the deadline to submit the Certification Notice is extended from June 6, 2015, to July 10, 2015.

| | | |
|---|---|---|
| DATED: | May 21, 2015 | HINSHAW & CULBERTSON LLP |
| | | By: /S/ *Renee C. Ohlendorf* |
| | | Renee Choy Ohlendorf |
| | | Attorneys for Defendants |
| | | GOLDMAN KURLAND & MOHIDIN, LLP and AHMED MOHIDIN |
| DATED: | May 21, 2015 | By: THE ROSEN LAW FIRM, P.A. |
| | | /S/ *Laurence M. Rosen* |
| | | Laurence M. Rosen |
| | | Jonathan Horne |
| | | Attorneys for Plaintiffs |
| | | ANTOINE DE SEJOURNET, ADAM HENICK, and LINDA HOLDER |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2015, the foregoing document was filed with the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

Dated:  May 21, 2015                              /s/ Laurence M. Rosen