Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Class Representatives

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DE SEJOURNET, ADAM HENICK, and LINDA HOLDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN KURLAND AND MOHIDIN, LLP, and AHMED MOHIDIN,<br><br>Defendants. | CASE No.: 13-cv-1682-DMG (MRWx)<br><br>CLASS ACTION<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF NOTICE PLAN<br><br>Hon. Dolly M. Gee<br><br>Hearing Date: August 19, 2015<br>Time: 9:30 A.M.<br>Courtroom: 7- 2nd Floor |

## I. INTRODUCTION

The Court's April 6, 2015 order certifying a class (the "Order", and the "Class") (Dkt. # 79) directed Class Representatives Antoine de Sejournet, Adam Henick, and Linda Holder ("Class Representatives") to submit a plan for providing notice of class certification to the members of the Class. The plan is described in the proposed order and the declaration of Paul Mulholland (the "Mulholland Dec."), attached as Exhibit 5 to the Declaration of Jonathan Horne (the "Horne Dec."), submitted herewith.

Under the proposed plan (the "Plan"), Class Representatives will retain Strategic Claims Services ("SCS") to provide notice to those persons or entities who purchased or otherwise acquired the publicly traded common stock of Deer Consumer Products, Inc. ("Deer") between March 31, 2009 and August 10, 2012, inclusive. The proposed notice is annexed as Exhibit 1 to the accompanying declaration of Jonathan Horne (the "Horne Dec."). The proposed notice is modeled on a form that the Federal Judicial Center prepared at the request of the Advisory Committee on the Federal Rules of Civil Procedure. A copy of the Federal Judicial Center's form is attached as Exhibit 2 to the Horne Dec.

The Plan proposes that Deer's transfer agent will provide to SCS records reflecting all individuals and organizations who purchased or otherwise acquired Deer's common stock during the Class Period. The transfer agent's records reflect persons or entities that purchased Deer securities for their own accounts or for the account(s) of others during the Class Period.

SCS will mail, by first class mail, the notice approved by the Court to all class members it can identify from the transfer agent's records. SCS will also mail out notice forms to over 892 of the largest brokerage companies, banks and trust companies (Nominee Account Holders) contained on SCS's master mailing list, as

- 1 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF NOTICE PLAN --No. 13-cv-1682-DMG (MRWx)

well as over 724 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups") which may have purchased Deer stock in their clients' or their accounts during the Class Period. In addition, SCS will mail out notice to all Nominee Account Holders and Institutional Groups that filed Forms 13F with the Securities and Exchange Commission during the Class Period. SCS will also make the notice available to the public at SCS's website. SCS will ask the Nominee Account Holders to distribute the notice forms to beneficial holders directly (the cost for which they will be reimbursed), or to provide SCS with lists of the names and addresses of actual or beneficial holders so that SCS can mail Notice forms directly to them. Mulholland Dec., ¶¶ 3-4.

In addition, SCS will arrange to publish a summary notice in the *Investor's Business Daily*. Id. ¶ 5. A copy of the proposed summary notice is attached as Exhibit 3 to the Horne Dec. The summary notice also is based on a form that the Federal Judicial Center prepared at the request of the Advisory Committee on the Federal Rules. A copy of the Federal Judiciary's form notice is attached as Exhibit 4 to the Horne Dec.

Defendants do not oppose the Plan.

## II. ARGUMENT

When a court certifies a class under Rule 23(b)(3), notice must be served on all Class Members who can be identified through reasonable efforts. Fed. R. Civ. P. 23(c)(2)(B). Each class member who can be identified through reasonable effort must be notified that they may request exclusion from the action and thereby preserve their opportunity to press their claim separately or that they may remain in the class and be bound by the outcome. *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 173 (1974); *In re Global Crossing Securities and ERISA Litigation*, 225 F.R.D. 436, 448 (S.D.N.Y. 2004) (stating that "for opt-out class actions, due process and the Federal Rules

- 2 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
UNOPPOSED MOTION FOR APPROVAL OF NOTICE PLAN --No. 13-cv-1682-DMG (MRWx)

require individual notice only to 'all class members whose names and addresses may be obtained through reasonable efforts'") (citations omitted); *Mangone v. First USA Bank*, 206 F.R.D. 222, 231-232 (S.D. Ill. 2001) (finding that the class notice complied with the notice requirements by informing class members as required by FRCP 23(c)(2)(B) "that any Settlement Class Member who fails to opt out 'will be bound by any judgment entered in this lawsuit.'"); *In re NASDAQ Market-Makers Antitrust Litig.*, No. 94 CIV. 3996 (RWS), 1999 WL 395407, at *2 n.3 (S.D.N.Y. 1999)(no requirements to notify each and every class member individually).

The proposed class notice plan complies with the Federal Rules and the requirements of due process and should be approved by this Court. Both the proposed notice and the summary notice state the details of the action, including the class definition; the right of a class member to enter an appearance through counsel if the member so desires; the rights of class members to stay in the action or request exclusion, including when and how members may elect to be excluded; and the binding effect of a class judgment on class members under Rule 23(c)(3). The notice and summary notice are based on the forms that the Federal Judicial Center prepared at the request of the Advisory Committee on the Federal Rules of Civil Procedure. Notice programs similar or identical to the one proposed by Lead Plaintiff have been approved by courts. *See, e.g.*, *Fidel v. Farley*, 534 F.3d 508, 511 (6th Cir. 2008) (adequate notice provided by publication of notice in Investor's Business Daily and mailing notice to potential class members); *Rieckborn v. Velti PLC*, No. 13-CV-03889-WHO, 2015 WL 468329, at *3 (N.D. Cal. Feb. 3, 2015) (similar); *In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1171 (S.D. Cal. 2007) (similar).

### III.  CONCLUSION

For the foregoing reasons, the Court should approve the Notice Plan.

- 3 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF NOTICE PLAN --No. 13-cv-1682-DMG (MRWx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF NOTICE PLAN --No. 13-cv-1682-DMG (MRWx)

| | | |
|---|---|---|
| 1 | Dated: July 10, 2015 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM P.A.** |
| 3 | | |
| 4 | | /s/ Laurence M. Rosen |
| | | Laurence M. Rosen |
| 5 | | 355 South Grand Avenue, Suite 2450 |
| 6 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| 7 | | Fax: (213) 226-4684 |
| 8 | | lrosen@rosenlegal.com |
| 9 | | |
| | | Lead Counsel for Class Representatives |

- 5 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF NOTICE PLAN --No. 13-cv-1682-DMG (MRWx)

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 9007. I am over the age of eighteen.

On July 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 10, 2015

/s/ Laurence M. Rosen
Laurence M. Rosen