Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DE SEJOURNET, ADAM HENICK, and LINDA HOLDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN KURLAND AND MOHIDIN, LLP, and AHMED MOHIDIN,<br><br>Defendants. | CASE No.: 13-cv-1682-DMG (MRWx)<br><br>**NOTICE OF SETTLEMENT** |

Lead Plaintiffs Antoine de Sejournet, Adam Henick, and Linda Holder ("Plaintiff") are pleased to report that the parties to this case have reached a complete settlement. The parties will expeditiously document the settlement in a stipulation of settlement, and will then seek the Court's approval pursuant to Federal Rule of Civil Procedure 23(e).

1
2  Dated: July 20, 2015                 Respectfully submitted,
3
4                                       **THE ROSEN LAW FIRM, P.A.**
5
6                                       By:_____
7                                       Laurence M. Rosen
                                        355 South Grand Avenue, Suite 2450
8                                       Los Angeles, CA 90071
                                        Telephone: (213) 785-2610
9                                       Facsimile: (213) 226-4684
10                                      lrosen@rosenlegal.com
11
                                        *Lead Counsel for Lead Plaintiffs*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney at the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 20, 2015, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 20, 2015

                                        <u>/s/ Laurence M. Rosen</u>
                                        Laurence M. Rosen